IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:08-MJ-07A
:
DAMIN THOMPSON :

ORDER

The United States of America and the defendant have requested an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days from January 11, 2008. The parties made this request so as to permit them to continue plea negotiations and to finalize a plea agreement. The defendant is aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint pursuant to Title 18 of the United States Code, Section 3161(b), and knowing his right to indictment within 30 days, the defendant has waived that right by his counsel's consent to his Order.

Thus, it is the finding of this Court that this action should be continued for a period of sixty (60) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

On this 11th day of JANUARY, 2008, it is ORDERED that the proceedings scheduled in the above-captioned matter are continued from January 11, 2008 through March 11, 2008; and

IT IS FURTHER ORDERED that the period from January 11, 2008 through March 11, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

LINCOLN D. ALMOND
United States Magistrate Judge

Consented to:

/s/ Kevin Fitzgerald
KEVIN FITZGERALD
Counsel for Damin Thompson

/s/ Sandra R. Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney