RECEIVED
U.S. MARSHALS SERVICE
JAN 10 2008
District of Rhode Island

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

DAMIN THOMPSON

## WARRANT FOR ARREST

Case Number: 1:08MJ07A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Damin Thompson
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Knowingly and intentionally possess cocaine base with the intent to distribute

in violation of Title 21 United States Code, Section(s) 841(a)(1)

LINCOLN D. ALMOND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

1/11/08 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

arrested by ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/10/08 | CG Wyant SDUSM | [signature] |
| DATE OF ARREST 01/11/08 | | |