IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 08 185

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 08- |
| | ) | |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) and (b)(1)(B) |
| DAMIN THOMPSON | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about January 10, 2008, in the District of Rhode Island, the defendant, DAMIN THOMPSON, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

SANDRA R. BECKNER
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief and OCDETF Chief

Dated: March 5, 2008