UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-018S |
| | ) | |
| DAMIN THOMPSON | ) | |

---

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Damin Thompson, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date and extend time for the filing of pretrial motions in this matter, for an additional period of 60 days. The closing date for motions is presently April 21, 2008. Mr. Thompson submits the attached memorandum in support of this request.

Respectfully submitted
Damin Thompson
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on March 28, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-018S |
| | ) | |
| DAMIN THOMPSON | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Thompson has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter.

The defense asks for this continuance to complete its investigations. The case put forth by the government presents several serious and complicated search and seizure issues requiring precise and time consuming inquiries. The case is also complicated by a potential notice under 21 U.S.C. § 851 based on a dated 1989 conviction. The requested time extension ought to allow the defense to complete its investigation of Mr. Thompson's prior criminal contacts, locate and interview witnesses, and visit and catalog the crime scene. Only a complete investigation will allow defense counsel to competently advise Mr. Thompson of the risks and consequences involved in the defense of his case.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

Respectfully submitted
Jonathan Campbell
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on March 28, 2008.

/s/ Kevin J. Fitzgerald