UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-018S |
| | ) | |
| DAMIN THOMPSON | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Damin Thompson, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing date, presently October 3, 2008, for a period of two months. Mr. Thompson submits the attached memorandum in support of this request.

Respectfully submitted
Damin Thompson
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Sandra Beckner, Assistant United States Attorney, on September 10, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-018S |
| | ) | |
| DAMIN THOMPSON | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Thompson has moved this Honorable Court to continue his sentencing. The additional time is needed for the government and defense to complete the investigation necessary for sentencing. The government, through AUSA Beckner, has agreed to the necessity of this continuance and indicated it has no objection to the granting of this motion.

Respectfully submitted
Damin Thompson
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Damin Thompson, Assistant United States Attorney, on September 10, 2008.

/s/ Kevin J. Fitzgerald